**4-21CV-412-P**

Declaration for Vandra vhoulderuled

Detention of verification

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2021
CLERK, U.S. DISTRICT COURT
By ____ MW
Deputy

I Understand declaration swears and declares that the facts stated in this document are Legitament and the Complaint is true to the Best of My Knowledge and belief.

The things I have Suffered do to the negligence, at the hands of Warden Michael Carr and his administration staff at Federal Medical Center, Carswell from March 2020 to Current (March 2021)

I'm Currently housed at Carswell Medical Center. I arrived here in 2019 for the LCP Program. I am Serving a 101 month Sentence. (8½ yrs). I have aprox 3 left. Covid infected Carswell with 735 Cases. It appears it started with a Ina (nurses Asst) she worked on the 4th floor of the hospital she tested positive, then they tested the whole Cell they were all positive. At that point Inmates started testing positive left and right. They Treated people horribly during all of this. We were instructed not to speak to Region When they Came Aug 2020. We had no Access to be able to Make Copies of our legal

2

work. I Started My remedies for Compassionate release which was Quickly denied, almost like he didn't read any of them, from Me and others he Just Denied everybody. I put a second one in and it was also denied. Some peoples request for a Compassionate release never even got Answered. Im 57 years old with Renal Kidney disease. I have 34% of My Kidney on Both Sides Due to a Medication Called Metformin, that had a recall Since 2007. I want to Sue the Company and both prisons because they were still issuing the Medication. I Cant afford an attorney, I pray I can be Saved So I Can Save others.

This prison is So bad, they have Served rotten Milk, and rotten lunch Meat. Everything in the Vaults in the Kitchen is expired along with all the rats that are in there.

When we were put on Lockdown they only allowed us 5 Min phone Calls, email Lines are ridiculously Long to the point of Just Giving up. No one would would listen to Me when I needed it including pschology.

This whole experience has been Scary for me and my family. Ive been tested 19 times for Covid all test were negative, then on Feb 4th I tested Positive, they threw me in a Unit for Me to eventually catch Covid. With My illness Covid Could Kill Me. The Warden is steadily denying Me to go home and

3)

having better chances of life instead of death. I was approved for the cares Act Back in Aug 2020 and they took it away.

Pursuant to 2865 c 1746 I declared, certify Verify or state Under penalty of Perjury that the above Statement is true and Correct.

Sandra Shoulders

Sandra Shoulders

473-08424



Name Sandra Snowders
Re No. 473-0542
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH
RECEIVED
2021 MAR -8 P
DEPUTY CLERK

Legal
Mail

NORTH TEXAS TX-P&DC
DALLAS TX 750
1 MAR 2021 PM 8 L

FOREVER USA

clerk of the US District
court 501 W Tenth St
Rm # 310
Fterworth TX
76102

76102-975699

Legal
mail