PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

**FILED**

**April 22, 2021**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Sandra Shoulders 473-08424
Plaintiff's Name and ID Number

Fmc Carswell
Place of Confinement

CASE NO. 4:21-cv-412-P
(Clerk will assign the number)

v.

Warden CaRR POBOX 27137 forth TX76127
Defendant's Name and Address

Fmc Carswell POBOX 27137 Ft worth 76127
Defendant's Name and Address

FBoP
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Deliperapte Indiffence
slimy food
8th amendment violations
no soap
no social distancing
no PPE gear
cruel and inhumane treatment
Medical Indifference

VI.  RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Release life and mental Ins. to life, Firing of abuser's Improvement at FMC Carswell & Policy changes

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Sandra Bady   Sandra Shoulders   Sandra shannon   Penny

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ☒ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

II.    PLACE OF PRESENT CONFINEMENT: _FMC Carswell_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Could not get pass the admin.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Scandra Shoulders 21308424_
_Federal medical center carswell_
_Po Box 27137 forth worth, TX 76127_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Warden Michael Carr_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_8th Amendment Violations_

Defendant #2: _fmcc carswell_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_8th Amendment Violations_

Defendant #3: _FBOP_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_8th Amendment Violations_

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

C. Has any court ever warned or notified you that sanctions could be imposed?  _____YES __X__NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: _April 16th 2021_
             DATE

X _Sandra Shoulders_

                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___16th___ day of ___April___, 20 _21_.
              (Day)               (month)      (year)

X _Sandra Shoulders_

                                (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

①

United States of America,
                        Respondent

Vs.

                                        Case No. 4:21cv-412P

Sandra Shoulders,
                Plaintiff

                Affidavit of Sandra Shoulders
                        Plaintiff

    I, Sandra Shoulders, depose and state that the following facts are true and correct under penalty of perjury TOWIT:

    1) I, Sandra Shoulders, was moved out of Housing Unit two 10North into 1South Unit were it was told to us that we were negative and only negative women would be moved into the unit.
    Warden Carr knew along that he what was housing in "negative" inmates only so he (Carr) could then move in known positive" for COVID-19 inmates to ensure we all would be forced to

②

become positive with COVID-19.

2) This is a known proven killer! and we were trapped, pinned in a possible death chamber.

Medical staff smiled and went along with this cruelty simply because our lives as inmates do/not hold even the worth or value to them or FMC Carswell as a lab rat or Bunny. P.E.T.A. comes to save them. We come to you your honor and Public.

3) I Sandra Shoulders tested positive on __Feb 4th__, 2021 and thought "OK, no more fear of the unknown, now I just may die."

4) all the threats by staff and lack of desire to follow any of the CDC guidelines.

I, Sandra Shoulders, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the above stated FACTS are TRUE and Correct.

③

Executed on This 16th Day of April, 2021

Respectfully Submitted,

X Sandra Shoulders
2113.08424



Certificate of Service

I, the undersigned, do hereby certify that I have served a copy of this foregoing instrument upon the Clerk of this Court, via properly addressed U.S. mail with first-class prepaid affixed thereto, by placing into the internal mailing system as made available to inmates for legal mail at the Federal Correctional Institution FMC Carswell. The Plaintiff further requests that a copy of this her motion be forwarded to all interested parties via the CM/ECF system, as she is detained and has no other means.

Done This 16th Day of April, 2021

Humbly,

Daniela Shadows
413 08424

Dear Honorable Court,

I just wanted to let you know that this Legal Mail package that I received from this District Court was opened prior to me getting it. It was opened NOT in my presence.

thank you
Sandra Shoulders
Sandra Shoulders
N73-08424
4-19-2021



DEPUTY CLERK

Sandra Snowbers 47 32 0847 H
Federal medical center carswell
PO Box 27137
Ft worth TX
76127

Clerk of the U.S. District court
10 Tenth st Rm 310
501 forth worth TX 76102

Case 4:21-cv-00412-P    Document 9    Filed 04/22/21    Page 10 of 11    PageID 109



d by S. Feeney

04/18/2021